**Nick Zinkin # 216431**
**Naser Nekumanesh # 272067**
**LAW OFFICES OF NICK ZINKIN**
5 River Park Place West, Suite 204
Fresno, California 93720
Telephone: (559) 225-2200
Facsimile:   (559) 225-2295

ATTORNEY FOR: Defendant, Zinkin Family Partners, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| JOHN MORALES,<br><br>            Plaintiff,<br><br>vs.<br><br>ZINKIN FAMILY PARTNERS, LP,<br>WILFRED MONTOYA AND IRMA<br>MONTOYA dba CHUBBY'S,<br><br>            Defendants. | CASE NO.: 1:11-CV-01577-BAM<br><br>STIPULATION TO CONTINUE<br>SETTLEMENT CONFERENCE<br><br>Date: April 5, 2012<br>Time: 10:30 a.m.<br>Dept: 7(SKO) |

Whereas the principals of Zinkin Family Partners, LP, are currently in trial in Fresno County Superior Court and are therefore highly unlikely to be available for the settlement conference scheduled for April 5, 2012.

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the settlement conference currently scheduled for April 5, 2012, be continued to May 17, 2012 at 10:30 a.m in Department 7 (SKO).

This stipulation may be executed in one or several counterparts.

///

//

Law Offices of
NICK ZINKIN
5 River Park Place West
Suite #204
Fresno, CA 93720

1
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

Dated: March 27, 2012                    LAW OFFICES OF NICK ZINKIN

                                         By:    /s/ NASER NEKUMANESH
                                                _____
                                                Naser A. Nekumanesh
                                                Attorneys for Zinkin Family Partners, LP

Dated: March 27, 2012                    NUTTAL COLEMAN & WILSON

                                         By:    /s/ MARK COLEMAN
                                                _____
                                                Mark Coleman
                                                Attorneys for Wilfred & Irma Montoya

Dated: March 27, 2012                    MOORE LAW FIRM, PC

                                         By:    /s/ TANYA MOORE
                                                _____
                                                Tanya Moore
                                                Attorneys for John Morales

IT IS SO ORDERED.

Dated:   **March 28, 2012**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

Law Offices of
NICK ZINKIN
5 River Park Place West
Suite #204
Fresno, CA 93720

2
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE