Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>          Plaintiff,<br><br>     vs.<br><br>ZINKIN FAMLY PARTNERS, L.P., et al.,<br><br>          Defendants. | No.  1:11-CV-01577-BAM<br><br>**STIPULATION TO TAKE SETTLEMENT CONFERENCE OFF CALENDAR BASED ON SETTLEMENT OF MATTER; ORDER** |

**WHEREAS**, a Settlement Conference in this matter is set for May 17, 2012 at 10:30 a.m. before the Honorable Sheila K. Oberto;

**WHEREAS**, Plaintiff John Morales ("Plaintiff") and Defendants Zinkin Family Partners, L.P., and Irma Montoya and Wilfred Montoya doing business as Chubby's (collectively referred to as "Defendants," and together with Plaintiff, the "Parties") have reached a settlement of this matter;

**WHEREAS**, the settlement agreement is in the process of being finalized and sent to the Parties for signature, and the Parties anticipate that a Notice of Settlement can be filed by May 25, 2012;

///

///

**NOW, THEREFORE,** the Parties, through their respective counsel, hereby stipulate that the Settlement Conference set for May 17, 2012 be taken off calendar, and that a Notice of Settlement be filed no later than May 25, 2012.

Dated:  May 10, 2012                                         MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff John Morales

LAW OFFICES OF NICK ZINKIN

/s/ Naser Nekumanesh
Naser Nekumanesh, Attorneys for
Defendant Zinkin Family Partners, LP

NUTTALL, COLEMAN & WILSON

/s/ Mark W. Coleman
Mark W. Coleman, Attorneys for
Defendants Wilfred Montoya and
Irma Montoya

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Settlement Conference currently scheduled for May 17, 2012, be taken off calendar.  A Notice of Settlement shall be filed by no later than May 25, 2012.

IT IS SO ORDERED.

Dated:   **May 10, 2012**                                         **/s/ Sheila K. Oberto**
                                                                                                   UNITED STATES MAGISTRATE JUDGE

Stipulation to Take Settlement Conference Off Calendar; [Proposed] Order