1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT

7                                    EASTERN DISTRICT OF CALIFORNIA

8

9    JOHN MORALES,                                    CASE NO. 1:11-cv-01577-BAM

10
                        Plaintiff,                    **ORDER AFTER SETTLEMENT**
11
            vs.
12
     ZINKIN FAMILY PARTNERS, LP,
13   *et al.,*,

14                      Defendants.
     _____ /
15

16          The parties have filed a Notice of Settlement indicating that settlement has been reached.  (Doc.

17   31).  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than June 18,**

18   **2012,** to file appropriate papers to dismiss or conclude this action in its entirety.

19          This Court VACATES all pending dates and matters.

20          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

21   parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

22

23

24   IT IS SO ORDERED.

25

26   Dated:   May 29, 2012                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE
27

28