# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | ) No. 1:11-CV-01577-BAM |
| Plaintiff, | ) **ORDER DISMISSING ACTION** |
| vs. | ) |
| ZINKIN FAMLY PARTNERS, L.P., et al., | ) |
| Defendants. | ) |

**ORDER**

Based on the Stipulation of the parties (Doc. 33), IT IS HEREBY ORDERED that this action be dismissed in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  **June 15, 2012**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE