1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9
10

| | |
|---|---|
| JOHN MORALES, | )   No.  1:11-CV-01577-BAM |
|            Plaintiff, | )<br>)<br>)   **ORDER DISMISSING ACTION** |
|        vs. | )<br>) |
| ZINKIN FAMLY PARTNERS, L.P., et al., | )<br>) |
|            Defendants. | )<br>)<br>) |
| _____ | ) |

11
12
13
14
15
16
17
18

**ORDER**

19         Based on the Stipulation of the parties (Doc. 33), IT IS HEREBY ORDERED that this

20    action be dismissed in its entirety WITH PREJUDICE.

21
22    IT IS SO ORDERED.
23
24        Dated:   **June 15, 2012**                    /s/ *Barbara A. McAuliffe*
25                                           UNITED STATES MAGISTRATE JUDGE
26
27
28